COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Edwin K. Hunter and Hunter, Hunter & Sonnier, LLC v. Preston Marshall, Individually and Rusk Capital Management, L.L.C.

Appellate case number:  01-16-00636-CV

Trial court case number:  2015-35950

Trial court:  11th District Court of Harris County

Paul J. Dobrowski, Jeffrey C. Alexander, C. Davis Bradford, Akilah F. Craig, and the law firm Dobrowski, Larkin & Johnson, LLP have filed an unopposed motion to withdraw as counsel for appellees, Preston Marshall, Individually and Rusk Capital Management, L.L.C., in this appeal. Max L. Tribble, Neal S. Manne, John P. Lahad, Shawn D. Blackburn, and Colin M. Watterson have filed their notice of appearance as counsel for appellees and designation of Max L. Tribble as appellees' lead counsel in this appeal. *See* TEX. R. APP. P. 6.1(c), 6.2. Accordingly, the motion is **granted**. *See id.* 6.5(b), (d).

The Clerk of this Court is directed to note on this Court's docket the withdrawal of Paul J. Dobrowski, Jeffrey C. Alexander, C. Davis Bradford, Akilah F. Craig, and the law firm of Dobrowski, Larkin & Johnson, LLP as counsel for appellees.

It is so ORDERED.


Judge's signature:  /s/ Terry Jennings
⊠  Acting individually

Date: March 14, 2017